**E-FILED**
Friday, 16 October, 2009  09:59:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ROBERT GAY, et.al.,
    Plaintiff,

vs.                                    No.  08-1155

TAZEWELL COUNTY, et al.
    Defendants.

ORDER OF DISMISSAL

This case was originally filed by eight inmates claiming their constitutional rights were violated at the Tazewell County Jail.  There were initial procedural problems with the lawsuit  because none of the plaintiff's paid the filing fee and only one filed a motion to proceed *in forma pauperis.*  Therefore, the court advised the  plaintiffs that each must either pay the fee or file a motion to proceed *in forma pauperis.*  If a plaintiff failed to take any action, the court stated that the plaintiff would be dismissed from the lawsuit.

All plaintiffs responded except Plaintiff Nic Martin.  Since the court had no way of knowing whether Martin was involved in the filing of the lawsuit, he was dismissed and no fee was assessed. *See* Merit Review and Case Management Order, [d/e 25].

The court then conducted a merit review of the plaintiffs' complaint and found that it was a violation of Rule 8 of the Federal Rules of Civil Procedure. Merit Review and Case Management Order, [d/e 25].  The complaint identified 12 separate claims, but did not specify which defendants or which plaintiffs were involved.   It was not clear how some defendants would have any responsibility for the allegations in the complaint.  The court also noted that most of the general allegations alleged in the complaint did not rise to the level of a constitutional violation.  Therefore on August 4, 2008, the court struck the initial complaint, but allowed the plaintiffs additional time to file an amended complaint.

The court granted the plaintiffs' motion for additional time to file the amended complaint. October 9, 2008 Text Order.  The court notes that copies of its court order which were sent to Plaintiffs Gregory Dabbs and Robert Gay were returned to the clerk marked "Return to Sender." [d/e 29, 30, 31].

Nearly a year has passed and the plaintiffs have not filed an amended complaint, nor have Plaintiffs Dabbs and Gay provided the court with their new addresses.  The court is left with no alternative but to dismiss this lawsuit for failure to prosecute with due diligence and failure to follow a court order.

**IT IS THEREFORE ORDERED that**:

**1) The clerk is directed to dismiss this case in its entirety without prejudice for failure to prosecute with due diligence and failure to follow a court order.   *See* Fed. R.Civ. P. 41(b).**

**2) Each plaintiff is still responsible for payment of the $350 filing fee. Release from incarceration does not relieve the plaintiff of his obligation to pay the filing fee in full.**

Entered this 16th day of October, 2009.


**s/Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE